UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-cv-20901-JLK

SARAH ALHASSID,

    Plaintiff,

vs.

NATIONSTAR MORTGAGE LLC
d/b/a CHAMPION MORTGAGE,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice (D.E. #38) filed June 5, 2019, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of June, 2019.

                                                   JAMES LAWRENCE KING
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record