UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-CV-20901-JLK

SARAH ALHASSID,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,
d/b/a Champion Mortgage,

    Defendant.

_____/

## ORDER ON ELEVENTH CIRCUIT MANDATE

**THIS MATTER** comes before the Court upon the Mandate of the Eleventh Circuit, entered June 6, 2019 (D.E. 40), remanding for further proceedings on one count of Plaintiff's Complaint.

On June 5, 2019, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice (D.E. 38), and the following day the Court dismissed the case. As Plaintiff filed her Notice of Voluntary Dismissal prior to the Eleventh Circuit mandate being entered, it is **ORDERED, ADJUDGED, and DECREED** that if Plaintiff so desires, she may move to re-open the case within **fifteen (15) days** of the date of this Order.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, on this 10th day of June, 2019.

                                                                        JAMES LAWRENCE KING
                                                                        UNITED STATES DISTRICT JUDGE
                                                                        SOUTHERN DISTRICT OF FLORIDA

cc:    **All Counsel of Record**
        **Clerk of Courts of the U.S. Court of Appeals for the Eleventh Circuit**